| | |
|---|---|
| CHERYL ANNE PITTMAN,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security,<br>　　　　Defendant. | )<br>)<br>)　**JUDGMENT IN A CIVIL CASE**<br>)　**CASE NO. 5:13-CV-320-D**<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's objections to the M&R are OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on July 16, 2014, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>July 16, 2014 | JULIE A. RICHARDS, CLERK<br>　/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |